UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VICKI MICHAEL, individually and as representative on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>    v.<br><br>CONAGRA BRANDS, INC. PENSION PLAN FOR HOURLY RATE PRODUCTION WORKERS, an employee pension benefit Plan; CONAGRA BRANDS EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE, the Plan Administrator; CONAGRA BRANDS APPEALS COMMITTEE, and DOES I-XX, individual members of the Plan administrative and/or appeals committees,<br><br>    Defendants. | Case No. 4:18-cv-00277-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order entered concurrently herewith,

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants, and this case closed.

DATED: October 30, 2020

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1